**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| KELLY GURTO, on behalf of herself and others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DTG HOLDINGS, INC. d/b/a )<br>ACCESS RECEIVABLES MANAGEMENT, INC. )<br>)<br>Defendant. ) | Civil No.: 1:18-cv-1565 |

**JOINT LINE REGARDING SETTLEMENT**

NOW COME the Plaintiff, KELLY GURTO, and the Defendant, DTG HOLDINGS, INC. d/b/a ACCESS RECEIVABLES MANAGEMENT, INC. (collectively "Parties"), by their respective counsel and advise the Court that this matter has settled, stating as follows:

1. On July 23, 2018, Defendant filed a Motion to Dismiss the Complaint. ECF#12.

2. Plaintiff's response to the Motion to Dismiss is due September 5, 2018. ECF#16.

3. In light of the agreement to settle this matter, the Parties agree that no Response is required by Plaintiff to the Motion to Dismiss at this time;

4. The Parties are working out the terms of the Release and Settlement Agreement and anticipate a dismissal of this matter on or before September 28, 2018.

WHEREFORE, the Parties respectfully pray that Plaintiff not be required to respond to the pending Motion to Dismiss in light of the recent settlement and anticipated dismissal of this matter.

Dated:  September 5, 2018                    Respectfully submitted,

  /s/ Judith Lysaught
Brian A. Scotti (Bar No. 18249)
Judith G. Lysaught (Bar No. 14112)
GORDON REES SCULLY MANSUKHANI, LLP
1300 I Street, NW, Suite 825
Washington, DC 20005
(202) 399-1009
(202) 800-2999 (facsimile)
bscotti@grsm.com
jlysaught@grsm.com
*Counsel for Defendant*


/s/ Eric N. Stravitz
Eric N. Stravitz
STRAVITZ LAW FIRM, PC
4300 Forbes Boulevard
Suite 100
Lanham, MD 20706
(240) 467-5741
(240) 467-5743 (facsimile)
eric@stravitzlawfirm.com

/s/ Aaron D. Radbil
Aaron D. Radbil (*pro hac vice* pending)
GREENWALD DAVIDSON RADBIL PLLC
106 East Sixth Street, Suite 913
Austin, TX 78701
(512) 322-3912
(561) 961-5684 (facsimile)
aradbil@gdrlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September 2018, a copy of the foregoing

Joint Line Regarding Settlement was served on the following via ECF.

Eric N. Stravitz
STRAVITZ LAW FIRM, PC
4300 Forbes Boulevard
Suite 100
Lanham, MD 20706
(240) 467-5741
(240) 467-5743 (facsimile)
eric@stravitzlawfirm.com


Aaron D. Radbil (*pro hac vice* pending)
GREENWALD DAVIDSON RADBIL PLLC
106 East Sixth Street, Suite 913
Austin, TX 78701
(512) 322-3912
(561) 961-5684 (facsimile)
aradbil@gdrlawfirm.com


/s/ Judith Lysaught
_____

Judith G. Lysaught