**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| KELLY GURTO, *on behalf of herself and others similarly situated*, | ) ) ) |
| | ) Case No: 1:18-cv-01565-GLR |
| Plaintiff, | ) ) |
| v. | ) ) |
| ACCESS RECEIVABLES MANAGEMENT, INC. | ) ) ) |
| Defendant. | ) ) ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant jointly stipulate and agree that Plaintiff's individual claims be dismissed with prejudice, and that the putative class's claims be dismissed without prejudice and without notice to the putative class. Each party will bear their own attorney's fees, costs, and expenses.

Date: October 12, 2018        Respectfully submitted,

*/s/ Judith Lysaught*
Brian A. Scotti (Bar No. 18249)
Judith G. Lysaught (Bar No. 14112)
GORDON REES SCULLY MANSUKHANI, LLP
1300 I Street, NW, Suite 825
Washington, DC 20005
(202) 399-1009
(202) 800-2999 (facsimile)
bscotti@grsm.com
jlysaught@grsm.com

*Counsel for Defendant*

/s/ Eric Stravitz
_____

Eric N. Stravitz (Bar No. 23610)
STRAVITZ LAW FIRM, PC 4300 Forbes Boulevard
Suite 100
Lanham, MD 20706
O:  (240) 467-5741
F:  (240) 467-5743
E:  eric@stravitzlawfirm.com

/s/ Aaron D. Radbil
_____

Aaron D. Radbil (*pro hac vice*)
GREENWALD DAVIDSON RADBIL PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
O:  (512) 322-3912
F:  (561) 961-5684
E:  aradbil@gdrlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on October 12, 2018, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Judith Lysaught*
Judith Lysaught