# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## Northern Division

| | |
|---|---|
| KELLY GURTO, *on behalf of herself and others similarly situated*, | ) ) ) ) Case No: 1:18-cv-01565-GLR |
| Plaintiff, | ) |
| v. | ) ) ) |
| ACCESS RECEIVABLES MANAGEMENT, INC. | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant jointly stipulate and agree that Plaintiff's individual claims be dismissed with prejudice, and that the putative class's claims be dismissed without prejudice and without notice to the putative class. Each party will bear their own attorney's fees, costs, and expenses.

Date: October 12, 2018

Respectfully submitted,

*/s/ Judith Lysaught*
Brian A. Scotti (Bar No. 18249)
Judith G. Lysaught (Bar No. 14112)
GORDON REES SCULLY MANSUKHANI, LLP
1300 I Street, NW, Suite 825
Washington, DC 20005
(202) 399-1009
(202) 800-2999 (facsimile)
bscotti@grsm.com
jlysaught@grsm.com

*Counsel for Defendant*

APPROVED THIS 16th DAY OF Oct 20 18

GEORGE L. RUSSELL, III, U.S.D.J.